The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL CLARK, et al.

        Plaintiffs,

v.

CITY OF BAINBRIDGE ISLAND,

        Defendant.

CASE No. 3:19-cv-06251-MJP

**ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF CASE SCHEDULE DEADLINES AND STAY OF PROCEEDINGS**

Having reviewed the Stipulated Motion for Continuance of Case Schedule Deadlines and Stay of Proceedings jointly submitted by Plaintiffs Clark and Defendant City of Bainbridge Island in the captioned matter, and finding that good cause exists for and justice will be served by this requested continuance, the Court hereby ORDERS:

(1) all dates set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement dated January 2, 2020 shall be further continued for a period of nine (9) months from the date of this Order; and

(2) all proceedings in the captioned matter shall be further stayed for a period of nine (9) months from the date of this Order; and

(3) the Clerk is further DIRECTED to send a copy of this Order to all counsel of record.

///

///

**Page 1 of 3: ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE AND STAY OF PROCEEDINGS**

Bennu Law, LLC
354 NE Greenwood Ave., Ste. 213
Bend, Oregon 97701
Tel: (541) 306-6144

IT IS SO ORDERED.

DATED this 28th day of April, 2021

*Marsha J. Pechman* (signature)

Marsha J. Pechman
United States District Judge

**PRESENTED BY:**

BENNU LAW, LLC

_____
Stephanie E. Marshall, WSBA #24344
Attorneys for Plaintiffs
354 GREENWOOD AVE., STE. 213
BEND, OR 97701
541-390-7590
Email: stephanie@bennulaw.com

**APPROVED AS TO FORM
AND NOTICE OF PRESENTATION WAIVED:**

OGDEN, MURPHY WALLACE, PLLC

_____
James E. Haney, WSBA #11058
Attorneys for Defendant
901 FIFTH AVENUE
STE 3500
SEATTLE, WA 98164-2008
206-447-7000

Page 2 of 3: ORDER GRANTING
STIPULATED MOTION FOR CONTINUANCE AND
STAY OF PROCEEDINGS

Bennu Law, LLC
354 NE Greenwood Ave., Ste. 213
Bend, Oregon 97701
Tel: (541) 306-6144

| | |
|---|---|
| 1 | Fax: 206-447-7000<br>Email: jhaney@omwlaw.com |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | KEATING BUCKLIN MCCORMACK INC PS |
| 8 | _ |
| 9 | _____<br>Michael Charles Walter, WSBA #15044<br>Attorneys for Defendant |
| 10 | 801 SECOND AVENUE<br>SUITE 1210 |
| 11 | SEATTLE, WA 98104<br>206-623-8861 |
| 12 | Fax: 206-223-9423 |
| 13 | Email: mwalter@kbmlawyers.com |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | **Page 3 of 3: ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE AND STAY OF PROCEEDINGS** |

Bennu Law, LLC
354 NE Greenwood Ave., Ste. 213
Bend, Oregon 97701
Tel: (541) 306-6144