UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL CLARK, JENNIFER CLARK,

Plaintiffs,

v.

CITY OF BAINBRIDGE ISLAND,

Defendant.

CASE NO. C19-6251 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On April 28, 2021, the Court granted the Parties' stipulated motion and ordered that the case schedule be continued, and proceedings be stayed, for nine months from the date of the Order. (Dkt. No. 19.) The Parties requested the stay because they were awaiting a decision from the Washington Court of Appeals in a related case. (Dkt. No. 18 at 2.) The Parties advised the Court that oral argument was heard in the appeal on February 26, 2021. Id. The Parties are hereby directed to file a joint status report within fourteen (14) days of the date of the decision in the pending appeal.

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed July 21, 2021.

                Ravi Subramanian
                Clerk of Court

                s/Paula McNabb
                Deputy Clerk

MINUTE ORDER - 2