The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL and JENNIFER CLARK,

                Plaintiffs,

v.

CITY OF BAINBRIDGE ISLAND,

                Defendant.

No. 3:19-cv-06251-MJP

**ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE/ EXTENSION OF CASE SCHEDULE DEADLINES AND STAY OF PROCEEDINGS**

Having reviewed the Joint Status Report and Stipulated Motion for Continuance/ Extension of Case Schedule Deadlines and Stay of Proceedings dated August 23, 2021, (Dkt. No. 21), jointly submitted by Plaintiffs Clark and Defendant City of Bainbridge Island, and finding that good cause exists for and justice will be served by this requested continuance/extension, the Court hereby ORDERS:

(1)    All dates set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement dated January 2, 2020 shall be further continued for a period of four (4) months from the date of this Order (to December 27, 2021); and

(2)    All proceedings in the captioned matter shall be further stayed for a period of four (4) months from the date of this Order (to December 27, 2021); and

(3)    The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

*[PROPOSED]*
**ORDER GRANTING CONTINUANCE/EXT. OF CASE SCHEDULE AND STAY OF PROCEEDINGS** - 1
3:19-cv-06251-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

DATED this 27th day of August, 2021

_____
Marsha J. Pechman
United States Senior District Judge

**PRESENTED BY:**

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Michael C. Walter*
Michael C. Walter, WSBA #15044
*Attorneys for Defendant City of Bainbridge Island*

OGDEN MURPHY WALLACE, PLLC

By: */s/ James E. Haney*
James E. Haney, WSBA #11058
*Attorneys for Defendant City of Bainbridge Island*

**APPROVED AS TO FORM
AND NOTICE OF PRESENTATION WAIVED:**

BENNU LAW, LLC

By: */s/ Stephanie E. Marshall*
Stephanie E. Marshall, WSBA #24344
*Attorneys for Plaintiffs*

*[PROPOSED]*
**ORDER GRANTING CONTINUANCE/EXT. OF CASE SCHEDULE AND STAY OF PROCEEDINGS** - 2
3:19-cv-06251-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423